**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES WEBB, JWEBB INSURANCE AGENCY, INC., KIMBERLY WEBB, and WEBB INSURANCE AGENCY, LLC, *Plaintiffs,* v. ALLSTATE INSURANCE COMPANY, *Defendant.* | Case No. 1:22-cv-002812 |

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs James Webb, JWebb Insurance Agency, Inc., Kimberly Webb, and Webb Insurance Agency, LLC and Defendant Allstate Insurance Company, by and through counsel, jointly stipulate to the dismissal of all claims asserted or that could have been asserted by Plaintiffs against Allstate with prejudice. The parties have fully compromised and settled Plaintiffs' claims against Allstate.

WHEREFORE, the parties jointly request that this action be dismissed with prejudice, with each party bearing its own costs, expenses, and fees.

2

Dated: April 10, 2025 Respectfully submitted,

 /s/ Robert F. DiCello   /s/ Ariel S. Wilson 
Robert F. DiCello (*pro hac vice*) Ariel S. Wilson
DICELLO LEVITT GUTZLER Matthew A. Blumenreich
LLC 7556 Mentor Avenue RILEY SAFER HOLMES & CANCILA LLP
Mentor, Ohio 44060 1 South Dearborn Suite 2200
(440) 953-8888 Chicago, Illinois 60603
rfdicello@dicellolevitt.com (312) 471-8700
 awilson@rshc-law.com
*Attorney for Plaintiffs* mblumenreich@rshc-law.com

*Attorneys for Defendant*